IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH BAZE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, | ) | |
| | ) | |
| Respondent. | ) | Civil Action No. 3:23-CV-0527-C |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Petitioner's claims in the above-styled and -numbered civil action should be dismissed with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Plaintiff failed to timely file any objections to the Magistrate Judge's Recommendations.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has further conducted an independent review of the Magistrate Judge's thorough and well-reasoned findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the

findings and conclusions of the Court. For the reasons stated therein, Petitioner's Section 2254 Petition is **DISMISSED** as time barred.

Further, the Clerk of Court shall serve electronically a copy of this Order accepting and adopting the Magistrate Judge's Findings, Conclusions, and Recommendation.

SO ORDERED.

Dated this 1st day of May, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE